IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CAMERON WILLS,<br><br>Defendant. | CASE NO.: 6:20-cr-21 |

**O R D E R**

This matter is before the Court on Defendant's Motions for Compassionate Release. (Docs. 54, 55.) It appears that Defendant's motions are moot because he has been released from prison. Even if the motions were not moot, Defendant failed to show an extraordinarily and compelling reason for his release, and the factors set forth at 18 U.S.C. § 3553(a) weigh against early release in this case.

For all these reasons, the Court **DENIES** Defendant's Motions for Compassionate Release. (Docs. 54, 55.)

**SO ORDERED**, this 30th day of July, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA